UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| VOTE.ORG, § | |
|     Plaintiff, § | |
| § | |
| v. § | Civil Action No. 5:21-cv-00649-JKP |
| § | |
| JACQUELYN CALLANEN, in her official § | |
| Capacity as the Bexar County Elections § | |
| Administrator, et al. § | |
|     Defendants. § | |

### DEFENDANT BRUCE ELFANT'S DESIGNATION OF POTENTIAL TESTIFYING EXPERTS

Pursuant to the Court's December 7, 2021 Amended Scheduling Order (ECF No. 64), Defendant Bruce Elfant, by and through his undersigned attorneys, hereby submits his Designation of Potential Testifying Experts. Defendant Elfant reserves the right to designate and call additional or different witnesses based upon further discovery, any Court pretrial rulings, or the evidence presented at trial, including rebuttal witnesses. Defendant Elfant further reserves the right to call any witnesses identified by Plaintiffs, Co-Defendants, or Intervenors on any of their potential or final witness lists.

**I.   Potential Testifying Experts**

    Sherine E. Thomas
    Leslie W. Dippel
    Cynthia W. Veidt
    Travis County Attorney's Office
    P.O. Box 1748
    Austin, TX 78767
    (512) 854-9840

Ms. Thomas, Ms. Dippel, and Ms. Veidt may present testimony regarding attorneys' fees in this matter. Defendant Elfant also reserves the right to call any witnesses on Plaintiffs' or Co-Defendants' witness list or offered by Plaintiffs or Co-Defendants.

The parties have not yet completed discovery in this case. Defendant Elfant therefore reserves the right to supplement this Designation pursuant to the Court's Amended Scheduling Order and the Federal Rules of Civil Procedure if additional witnesses and/or documents are identified during discovery.

                              DELIA GARZA
                              County Attorney, Travis County
                              P. O. Box 1748
                              Austin, TX  78767
                              Telephone:     (512) 854-9415
                              Facsimile:      (512) 854-4808

By:    /s/ Cynthia W. Veidt
        SHERINE E. THOMAS
        State Bar No. 00794734
        sherine.thomas@traviscountytx.gov
        LESLIE W. DIPPEL
        State Bar No. 00796472
        leslie.dippel@traviscountytx.gov
        CYNTHIA W. VEIDT
        State Bar No. 24028092
        cynthia.veidt@traviscountytx.gov

        ATTORNEYS FOR DEFENDANT
        BRUCE ELFANT

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of January, 2022, I electronically submitted the foregoing with the Clerk of Court for filing using the CM/ECF system, which will send notification of such filing to the following:

Graham White
gwhite@elias.law
Joseph N. Posimato
jposimato@elias.law
Kathryn E. Yukevich
kyukevich@elias.law
Meaghan E. Mixon
mmixon@elias.law
Noah B. Baron
nbaron@elias.law
Uzoma N. Nkwonta
unkwonta@elias.law
Noah B. Baron
nbaron@elias.law
Elias Law Group
10 G Street NE
Suite 600
Washington, DC 20002
*Attorneys for Plaintiff Vote.org*

John Russell Hardin
johnhardin@perkinscoie.com
Perkins Coie, LLP
500 N. Akard Street, Suite 3300
Dallas, TX 75201
*Attorneys for Plaintiff Vote.org*

Jonathan Patrick Hawley
jhawley@elias.law
Elias Law Group LLP
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
*Attorneys for Plaintiff Vote.org*

Robert D. Green
robert.green@bexar.org
Bexar County District Attorney
Civil Division
101 W. Nueva, 7th Floor
San Antonio, TX 78205
*Attorney for Jacquelyn Callanen*

Barbara Nicholas
Barbara.Nicholas@dallascounty.org
Benjamin Stool
Ben.Stool@dallascounty.org
Assistant Criminal District Attorneys - Civil Division
500 Elm Street, Suite 6300
Dallas, TX 75202
*Attorneys for Defendant Michael Scarpello*

Daniel Nemecio Lopez
daniel.n.lopez@co.cameron.tx.us
Cameron County
1100 E. Monroe Street
Brownsville, TX 78520
*Attorney for Defendant Remi Garza*

| | |
|---|---|
| Cory A. Scanlon<br>cory.scanlon@oag.texas.gov<br>Kathleen Hunker<br>Kathleen.Hunker@oag.texas.gov<br>Michael Abrams<br>michael.abrams@oag.texas.gov<br>Office of the Attorney General<br>P.O. Box 12548, Capitol Station<br>Austin, TX 78711-2548<br>*Attorneys for Intervenor Defendant Ken Paxton* | Chad Ennis<br>cennis@texaspolicy.com<br>Chance D. Weldon<br>cweldon@texaspolicy.com<br>Robert E Henneke<br>rhenneke@texaspolicy.com<br>Munera Al-Fuhaid<br>fuhaid@texaspolicy.com<br>Texas Public Policy Foundation<br>901 Congress Avenue<br>Austin, TX 78701<br>*Attorneys for Intervenors Lupe C. Torres and Terrie Pendley* |

/s/Cynthia W. Veidt
SHERINE E. THOMAS
LESLIE W. DIPPEL
CYNTHIA W. VEIDT
Assistant County Attorneys