UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| VOTE.ORG, | § § § | |
| Plaintiff, | § § | |
| v. | § § | |
| JACQUELYN CALLANEN in her Official Capacity as the Bexar County Elections Administrator, BRUCE ELFANT in his Official Capacity as the Travis County Tax Assessor-Collector, REMI GARZA in his Official Capacity as the Cameron County Elections Administrator, and MICHAEL SCARPELLO in his Official Capacity as the Dallas County Elections Administrator, | § § § § § § § § § § § § | SA-21-CA-649-JKP (HJB) |
| Defendants, | § § | |
| KEN PAXTON in his Official Capacity as the Attorney General of Texas, LUPE C. TORRES in his Official Capacity as Medina County Elections Administrator, and TERRIE PENDLEY in her Official Capacity As Real County Tax Assessor-Collector, | § § § § § § § § | |
| Defendants-Intervenors. | § | |

**ORDER SETTING
VIDEO HEARING**

Before the Court are Defendant-Intervenors' Opposed Motion to Amend the Scheduling Order (Docket Entry 91) and Motion for Expedited Hearing on Their Motion to Amend the Scheduling Order (Docket Entry 92). Pretrial and scheduling matters in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1). (*See* Docket Entry 9.)

It is hereby **ORDERED** that Defendant-Intervenors' Motion for Expedited Hearing on their Motion to Amend the Scheduling Order (Docket Entry 92) is **GRANTED IN PART**, and that the

Opposed Motion to Amend the Scheduling Order (Docket Entry 91) is set for hearing on **March 11, 2022**, at **12:00 P.M.** The hearing will be held by video teleconference using the Zoom video platform. The parties will be contacted by their emails listed on CM/ECF in advance of the hearing date with further instructions for joining the video teleconference.

**SIGNED** on March 8, 2022.

_____
Henry J. Bemporad
United States Magistrate Judge