# United States Court of Appeals
# for the Fifth Circuit

No. 22-50536

United States Court of Appeals
Fifth Circuit
**FILED**
June 29, 2022
Lyle W. Cayce
Clerk

VOTE.ORG,

*Plaintiff—Appellee,*

versus

JACQUELYN CALLANEN, *Et al.*

*Defendants,*

versus

KEN PAXTON, *In His Official Capacity as the Attorney General of Texas*; LUPE C. TORRES, *In His Official Capacity as the Medina County Elections Administrator*; TERRIE PENDLEY, *In Her Official Capacity as the Real County Tax Assessor-Collector*,

*Intervenor Defendants—Appellants.*

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:21-CV-649 - JKP

---

Before JONES, DUNCAN, and ENGELHARDT, *Circuit Judges*.

PER CURIAM:

No. 22-50536

IT IS ORDERED that the Appellants' opposed motion for a temporary administrative stay for a brief period pending consideration of the motion for stay pending appeal is GRANTED.